Wallace L. Taylor, Law Offices of Wallace L. Taylor, of Cedar Rapids, IA, argued for plaintiff-appellant.

Barbara E. Thomas, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-

**In re Jonathan R. ADAMS and Robert W. Adams.**

**No. 2014–1160.**

United States Court of Appeals, Federal Circuit.

July 15, 2014.

Robert W. Adams, Nixon & Vanderhye P.C., of Arlington, VA, argued for appellants. With him on the brief was Michael E. Crawford.

William Lamarca, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Farheena Y. Rasheed, Associate Solicitor.

PROST, Chief Judge, CLEVENGER and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**